■ ISIDORE CHERNO, as Assignee for the Benefit of Creditors of Elwood Auto Parts, Inc., Appellant, v. BANK OF BABYLON, Respondent.— Order of the Supreme Court, Nassau County, dated July 7, 1967, affirmed insofar as appealed from, without costs, on the opinion at Special Term (*Cherno* v. *Bank of Babylon,* 54 Misc 2d 277). Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.